IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re:<br><br>IMMIGRATION CASES against U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and UR JADDOU, Director;<br><br>Defendants. | **ORDER**<br><br>4:21CV3200<br>4:21CV3204<br>4:21CV3205<br>4:21CV3206<br>4:21CV3210<br>4:21CV3211<br>4:21CV3218<br>4:21CV3219<br>4:21CV3226<br>4:21CV3228<br>4:21CV3230<br>4:21CV3233<br>4:21CV3235<br>4:21CV3238<br>4:21CV3242<br>4:21CV3244<br>4:21CV3248<br>4:21CV3253<br>4:21CV3254<br>4:21CV3255<br>4:21CV3261<br>4:21CV3263<br>4:21CV3265<br>4:21CV3267<br>4:21CV3271<br>4:21CV3272 |

Lynnett M. Wagner has filed notices of substitution of counsel on behalf of Defendants following the transfer of the above-referenced cases to the United States District Court for the District of Nebraska.

IT IS ORDERED that the motions to withdraw Vickie E. LeDuc and Sarah Lake Vuong as counsel of record for Defendants, are granted. Vickie E. LeDuc and Sarah Lake Vuong shall no longer receive notice in the above-captioned cases.

Dated this 5th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge